IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20462
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARTHA C. GUEVARA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 97-CR-241-1
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The court-appointed attorney for Martha C. Guevara has filed
a motion to withdraw from representation of Guevara and a brief
as required by *Anders v. California*, 386 U.S. 738 (1967).
Guevara has filed no response to her attorney's motion and brief.
Our independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, Guevara's court-appointed
attorney's motion to withdraw is GRANTED; the attorney is excused
from further responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.